Case 18-20818-GLT    Doc 66    Filed 06/20/18    Entered 06/20/18 14:33:01    Desc Main
Document    Page 1 of 1

FILED
6/20/18 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 18-20818-GLT
: Chapter: 13
Ronald B. Diggs, IV :
:
: Date: 6/20/2018
*Debtor(s).* : Time: 09:00

## PROCEEDING MEMO

*MATTER:* #40 - Continued Motion for Relief from Stay Filed By U.S. Bank NA
#47 - Response filed by Debtor
[Proof of at least 1 plan payment by Debtor due by 5/30/2018, If no proof submitted Court May Grant Motion w/o further notice or hearing]
#57 - Proof of Plan Payment

*APPEARANCES:*
Debtor: Paul William Bercik
Trustee: Jana Pail
U.S. Bank  Suzanne Ruschak

*NOTES:*

Ruschak: The May payment has been made.

Bercik: The June payment will be made tomorrow. An amended plan has also been filed.

Court: What's the preliminary sense of the amended plan?

Pail: Our calculation shows $8,142/mo. would be required if the IRS claim is governing and paid in full.

Bercik: The IRS claim is substantially undersecured. Intends to pay the secured value and contest the undersecured portion.

Pail; If successful, that would significantly reduce the plan payments.

*OUTCOME:*

1. (The Motion for Relief from Stay [Dkt. No. 40] was previously resolved by Order [Dkt. No. 59]).

**DATED:** 6/20/2018