Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald B. Diggs IV**
Debtor(s)

Bankruptcy Case No.: 18–20818–GLT
Issued Per 6/21/2018 Proceeding
Chapter: 13
Docket No.: 68 – 55
Concil. Conf.: September 13, 2018 at 02:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 10, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 13, 2018 at 02:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 12 of Penn Hills Sewage .

☐ H. Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_/s/ Gregory L. Taddonio_
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 22, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald B. Diggs, IV
    Debtor

Case No. 18-20818-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: dbas   Page 1 of 2   Date Rcvd: Jun 22, 2018
                      Form ID: 149   Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
```
db            +Ronald B. Diggs, IV,    329 Lennox Drive,    Pittsburgh, PA 15235-4408
cr            +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219,
               UNITED STATES OF AMERICA 15219-6101
cr            +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr            +Penn Hills School District and Municipality of Pen,    Tax Division,
               c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
               Pittsburgh, PA 15235-4441
cr            +Wilkinsburg School District and Wilkinsburg Boroug,    Tax Division,
               c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
               Pittsburgh, PA 15235-4441
14785963      +Adam E. Davis, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
               1617 JFK Boulevard, Suite 1499,    One Penn Plaza,    Philadelphia, PA 19103-1823
14785958       Allegheny County,    436 Grant Street,    Room 108,    Pittsburgh, PA 15219-2497
14785977       Borough of Wilkinsburg,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14820597      +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
               c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
               Pittsburgh, PA 15219-6101
14785961       City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14785959      +City of Duquesne,    12 South Second Street,    Duquesne, PA 15110-1148
14785960      +City of Pittsburgh,    414 Grant Street,    Pittsburgh, PA 15219-2409
14820600      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14785962       County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14785967       Goehring, Rutter & Boehm,    437 Grant Street 14th Floor,    Pittsburgh, PA 15219-6107
14785969       Jordan Tax Services,    102 Rahway Road,    McMurray, PA 15317-3349
14785970       Mon Valley Petroleum,    5515 West Smithfield,    McKeesport, PA 15135-1261
14785971       Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14785973       Penn Hills Municipality,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14785974       Penn Hills School Distirict,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14825635       UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14825707       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14785978       US Bank NA as Trustee for,    Truman 2013 SC4 Title Trust,
               c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
14785976       Wells Fargo Bank, NA,    4101 Wiesman Road,    San Antonio, TX 78251-4200
14785979       Wilkinsburg School District,    c/o Maiello , Brungo & Maeillo, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2018 01:51:31      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14785965      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 23 2018 01:50:00      Ditech Financial LLC,
               f/k/a/ Greentree Servicing,    P.O. Box 6154,    Rapid City, SD 57709-6154
14785964       E-mail/Text: bankruptcy.bnc@ditech.com Jun 23 2018 01:50:00      Ditech Financial, LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
14785966       E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2018 01:51:31      Duquesne Light Company,
               c/o Bernstein-Burkly, P.C.,    707 Grant Street, Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1945
14785968      +E-mail/Text: cio.bncmail@irs.gov Jun 23 2018 01:49:58      Internal Revenue Service,
               Insolvency Unit,    Suite 711B,    William S. Moorhead Federal Building,    1000 Liberty Avenue,
               Pittsburgh, PA 15222-4107
14785972       Fax: 407-737-5634 Jun 23 2018 03:28:03      Ocwen Loan Servicing LLC,
               1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
14795515       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:50:29      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA   17128-0946
14785975       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:50:29      Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Ditech Financial LLC
cr             U.S. Bank National Association, As Trustee For et
cr             US Bank, NA as Legal Title Trustee for Truman 2013
```

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Jun 22, 2018
                              Form ID: 149            Total Noticed: 33

cr*          +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
              Norristown, PA 19404-3020
                                                                                     TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:

```
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@tuckerlaw.com
              Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2013 SC4 Title Trust bk@romanogarubo.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough
               jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul William Bercik    on behalf of Debtor Ronald B. Diggs, IV pwilliambercik@cs.com,
               pwilliambercik@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```