# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** RONALD B. DIGGS
**Case Number:** 18-20818-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 13, 2018 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#55 - Final Confirmation of Plan Dated 5/10/2018 (NFC)
R / M #:  55 / 0

### *Appearances:*

Debtor: Bercik
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  12-6-18  at  2:30 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

need tax returns

9/7/2018   8:40:00AM