# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | RONALD B. DIGGS |
| Case Number: | 18-20818-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 06, 2018 02:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/13/18 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#55 - Continued Confirmation of Plan Dated 5/10/2018 (NFC)
R / M #: 55 / 0

**Appearances:**

Debtor: Bercik [signature]
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

2017 return not yet filed —

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 3/7/19 at 11:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

must file all missing operating reports & keep current going forward

Can't for return to be filed. Also provide Trustee w/ copy of 2017 return

506 U IRS to be filed —

11/30/2018  3:35:20PM