IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONALD B. DIGGS, IV, | ) | Bankruptcy No. 18-20818-GLT |
| | ) | |
| Debtors. | ) | Chapter 13 |
| ************************************ | ) | |
| RONALD B. DIGGS, IV, | ) | Hearing Date and Time: |
| | ) | May 8, 2019 at 9:30 A.M. |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| MON VALLEY PETROLEUM, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF RONALD B. DIGGS IV TO AVOID LIEN

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than March 23, 2019 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourt.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on May 8, 2019 at 9:30 A.M. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: March 06, 2019 | P. William Bercik_____ |
| | Attorney for Movant |
| | |
| | /s/ P. William Bercik_____ |
| | Signature |
| | |
| | 210 Grant Street, Suite 200_____ |
| | Pittsburgh, PA 15219 |
| | |
| | (412) 471-2587_____ |
| | |
| | Pa. ID No. 59174_____ |
| | |
| | Email: pwilliambercik@cs.com_____ |