# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    Debtor: RONALD B. DIGGS
    Case Number: 18-20818-GLT        Chapter: 13
    Date / Time / Room: THURSDAY, MARCH 07, 2019 11:30 AM   3251 US STEEL
    Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*

    #55 - Continued Confirmation of Plan Dated 5/10/2018 (NFC)
    R / M #:  55 / 0

*Appearances:*

    Debtor: Bercik
    Trustee: Winnecour / (Pail) / Katz / DeSimone
    Creditor:

*Proceedings:*

    Outcome:

    1. _____ Case Converted to Chapter 7
    2. _____ Case Converted to Chapter 11
    3. _____ Case Dismissed without Prejudice
    4. _____ Case Dismissed with Prejudice
    5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
    6. _____ The plan payment/term is increased/extended to _____, effective _____.
    7. __X__ Plan/Motion continued to 7/25/19 at 10:00.

    8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
         Objections are due on or before _____ .
         A hearing on the Amended Plan is set for _____ at _____.

    9. _____ Contested Hearing: _____ at _____.
    10. _____ Other:

