Charles Muetzel
President
Mon Valley Petroleum, Inc.
5738 Smithfield St.
McKeesport PA 15135-1135