IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONALD B. DIGGS, IV, | ) | Bankruptcy No. 18-20818-GLT |
| | ) | |
| Debtors. | ) | Chapter 13 |
| ************************************ | ) | |
| RONALD B. DIGGS, IV, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| MON VALLEY PETROLEUM, Inc. | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Avoid Lien filed by Debtor Ronald B. Diggs IV, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is Granted, and that the Judgment Lien of Mon Valley Petroleum, Inc. with respect to the Debtor's property at 329 Lennox Drive, Pittsburgh, PA 15235, is voided to the extent that it impairs the Debtor's exemption in the property.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge