IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| RONALD B. DIGGS, IV : | Bk. No. 18-20818-GLT |
| Debtor : | |
| : | Chapter No. 13 |
| LSF10 MASTER PARTICIPATION TRUST : | |
| : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| RONALD B. DIGGS, IV : | |
| : | |
| and : | |
| : | |
| RONDA J. WINNECOUR, ESQUIRE : | |
| (TRUSTEE) : | |
| Respondents : | |
| : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF
LSF10 MASTER PARTICIPATION TRUST FOR
RELIEF FROM THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than July 16, 2019, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on August 14, 2019 **at 9:00 AM** before Judge Gregory L. Taddonio, in Court Room A ON THE 54TH Floor of the U.S. Steel Tower 600 Grant Street, Pittsburgh, PA 15219, . Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service:  June 27, 2019

/s/ Jodi L. Hause, Esquire
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com