IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RONALD B. DIGGS, IV | : | BK. No. 18-20818-GLT |
| Debtor | : | |
| | : | Chapter No. 13 |
| LSF10 MASTER PARTICIPATION TRUST | : | |
| Movant | : | |
| v. | : | Hearing Date: 8/14/2019 |
| RONALD B. DIGGS, IV | : | |
| and | : | Hearing Time: 9:00 AM |
| RONDA J. WINNECOUR, ESQUIRE | : | |
| (TRUSTEE) | : | Objection Date: 7/16/2019 |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 6/27/2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

PAUL WILLIAM BERCIK, ESQUIRE
310 Grant Street, Suite 2330
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
Ustp.region03@usdoj.gov

Service by First Class Mail

RONALD B. DIGGS, IV
329 LENNOX DRIVE
PITTSBURGH, PA 15235

RONALD B. DIGGS, IV
1412 CLARK AVENUE,
PITTSBURGH, PA 15221

RONDA J. WINNECOUR,
ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600
GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jodi L. Hause, Esquire
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com

6/27/2019