FILED
7/3/19 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-20818-GLT |
| | : | Chapter: | 13 |
| Ronald B. Diggs, IV | : | | |
| | : | | |
| | : | Date: | 7/3/2019 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

***MATTER:*** #89 - Motion to Avoid Lien with American Natural Retail PA LLC
[Response due 6/10/2019]

#99 - Motion to Avoid Lien with Mon Valley Petroleum, Inc.
[Response due 6/17/2019]

***APPEARANCES:***

Debtor: Paul William Bercik
Trustee: Ronda J. Winnecour

***NOTES:***

Bercik: I did hear from American Natural. They told me that they took over the site that Mon Valley Petroleum had, but did not take over the judgment lien, so I would ask that that motion be withdrawn. I was unable to contact the persons involved with Mon Valley Petroleum, so I do not think they had received notice or an opportunity to respond. I have to find a good address for them.

Court: The motion will be continued 60 days to effectuate service on respondent. What is the payment status?

Winnecour: The debtor is $7,900 behind including the July payment, which is not yet due. The plan payment in effect appears to be $4,661 as of May.

***OUTCOME:***

1. The Motion to Avoid Lien with American Natural [Dkt. No. 89] is denied as withdrawn (Text order to issue).

2. The Motion to Avoid Lien with Mon Valley [Dkt. No. 99] is continued to September 11, 2019 at 9:00 a.m. (Text order to issue).

**DATED:** 7/3/2019