FILED
7/19/19 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RONALD B. DIGGS, IV | : | BK. No. 18-20818-GLT |
| Debtor | : | |
| | : | Chapter No. 13 |
| LSF10 MASTER PARTICIPATION TRUST | : | |
| Movant | : | |
| v. | : | Hearing Date: 8/14/2019 |
| RONALD B. DIGGS, IV | : | |
| and | : | Hearing Time: 9:00 AM |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| Respondents | : | Objection Date: 7/16/2019 |
| | : | Related to Docket No. 102 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This  19th Day of July, 2019, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is:

**ORDERED** that the above-captioned Motion is granted insofar as it requests Relief from the Automatic Stay imposed by 11 U.S.C. §362.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a Certificate of Service.

_____
Gregory L. Taddonio    **drb**
U.S. Bankruptcy Judge

cc:    RONALD B. DIGGS, IV
       RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
       UNITED STATES TRUSTEE
       CALIBER HOME LOANS, INC. (OKLAHOMA CITY, OK)
        ATTENTION:  BANKRUPTCY DEPARTMENT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-20818-GLT
Ronald B. Diggs, IV                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dpas              Page 1 of 1            Date Rcvd: Jul 19, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
db             +Ronald B. Diggs, IV,    329 Lennox Drive,    Pittsburgh, PA 15235-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2013 SC4 Title Trust bk@romanogarubo.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough
               jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Jill Locnikar    on behalf of Defendant    Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Jodi L. Hause    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Bercik    on behalf of Plaintiff Ronald B. Diggs, IV pwilliambercik@cs.com,
               pwilliambercik@yahoo.com
              Paul William Bercik    on behalf of Debtor Ronald B. Diggs, IV pwilliambercik@cs.com,
               pwilliambercik@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 17