IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| RONALD DIGGS, IV, | : | Bankruptcy No. 18-20818-GLT |
|    Debtors. | : | Chapter 13 |
| RONALD B. DIGGS, IV, | : | |
|    Movant | : | Hearing Date & Time: |
| | : | September 11, 2019 at 9:00 A.M. |
|           v. | : | |
| MON VALLEY PETROLEUM, INC., | : | |
|    Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO AVOID LIEN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Avoid Lien filed on July 24, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion To Avoid Lien appears thereon. Pursuant to the Notice of Hearing, objections to the Motion To Avoid Lien were to be filed and served no later than August 12, 2019.

It is hereby respectfully requested that the Order attached to the Motion To Avoid Lien be entered by the Court.


Dated: August 28, 2019                    By: /S/ P. William Bercik
                                              Signature

                                              P. William Bercik
                                              Typed Name

                                              210 Grant Street, Ste 200, Pittsburgh, PA 15219
                                              Address

                                              412.471.2587
                                              Phone No.

                                              ID No. 59174 State: Pennsylvania
                                              List Bar I.D. and State of Admission