FILED
8/29/19 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )  |
| | ) |
| RONALD B. DIGGS, IV, | ) Bankruptcy No. 18-20818-GLT |
| | ) |
| Debtors. | ) Chapter 13 |
| ********************************** | ) |
| RONALD B. DIGGS, IV, | ) |
| | ) |
| Movant, | ) Related to Docket No. 112 |
| | ) |
| Vs. | ) |
| | ) |
| MON VALLEY PETROLEUM, INC., | ) |
| | ) |
| Respondent. | ) |

## ORDER OF COURT

AND NOW, this __29th Day of August__, 2019, upon consideration of the Motion to Avoid Lien filed by Debtor Ronald B. Diggs IV, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is Granted, and that the Judgment Lien of Mon Valley Petroleum, Inc. with respect to the Debtor's property at 329 Lennox Drive, Pittsburgh, PA 15235, is voided to the extent that it impairs the Debtor's exemption in the property.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

### ENTERED BY DEFAULT

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the Trustee, and the U.S. Trustee. Movant shall file a certificate of service within three (3) business days.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 18-20818-GLT
Ronald B. Diggs, IV                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1             Date Rcvd: Aug 29, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db             +Ronald B. Diggs, IV,    329 Lennox Drive,   Pittsburgh, PA 15235-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman 2013 SC4 Title Trust bk@romanogarubo.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Jill  Locnikar    on behalf of Defendant    Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Jodi L. Hause    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Bercik    on behalf of Plaintiff Ronald B. Diggs, IV pwilliambercik@cs.com, pwilliambercik@yahoo.com
              Paul William Bercik    on behalf of Debtor Ronald B. Diggs, IV pwilliambercik@cs.com, pwilliambercik@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 17