# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** RONALD B. DIGGS
**Case Number:** 18-20818-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 12, 2019 09:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#55 - Continued Confirmation of Plan Dated 5/10/2018 (NFC)
R / M #:  55 / 0

## *Appearances:*

Debtor: Berik
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 10/8/19 at 10:30.
10. _____ Other:

Contested to coincide w/ IRS motion dismiss

9/5/2019    3:35:29PM