Document    Page 1 of 1

FILED
10/9/19 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-20818-GLT |
| | : | Chapter: | 13 |
| Ronald B. Diggs, IV | : | | |
| | : | | |
| | : | Date: | 10/8/2019 |
| *Debtor(s)*. | : | Time: | 10:30 am |

## PROCEEDING MEMO

*MATTER:*   #55 - Contested Confirmation of Plan Dated 5/10/2018 (NFC)

#120 - Motion to Dismiss Case for Failure to Timely File Tax
Return under Section 521(j)(1) Taxing Authority: Internal
Revenue Service Tax Year 2017
[Response due 9/23/2019]

*APPEARANCES:*

Debtor:   Paul William Bercik
Trustee:  Ronda J. Winnecour
IRS:      Jill Locnikar

*NOTES:*

Bercik: Debtor is not objecting to dismissal.

*OUTCOME:*

1. IRS' *Motion to Dismiss Case for Failure to Timely File Tax Return under Section 521(j)(1)* [Dkt. No. 120] is GRANTED. O/E

2. Debtor's *Contested Confirmation of Plan Dated 5/10/2018 (NFC)* [Dkt. No. 55] is DENIED. [Text Order to Issue]

*DATED:* 10/8/2019