Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Ronald B. Diggs IV**   :   Case No. 18−20818−GLT
*Debtor(s)*   :   Chapter: 13
:
:
:
:   Related to Docket No. 55
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this ***The 9th of October, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 18-20818-GLT
Ronald B. Diggs, IV                                             Chapter 13
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0315-2      User: dbas               Page 1 of 2        Date Rcvd: Oct 09, 2019
                          Form ID: 309             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db             +Ronald B. Diggs, IV,    329 Lennox Drive,    Pittsburgh, PA 15235-4408
cr             +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Penn Hills School District and Municipality of Pen,    Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
cr             +Wilkinsburg School District and Wilkinsburg Boroug,    Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
14785963       +Adam E. Davis, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 1617 JFK Boulevard, Suite 1499,    One Penn Plaza,    Philadelphia, PA 19103-1823
14785958        Allegheny County,    436 Grant Street,    Room 108,    Pittsburgh, PA 15219-2497
14785977        Borough of Wilkinsburg,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14820597       +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14785961        City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14785959       +City of Duquesne,    12 South Second Street,    Duquesne, PA 15110-1148
14883038       +City of Duquesne,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14785960       +City of Pittsburgh,    414 Grant Street,    Pittsburgh, PA 15219-2409
14820600       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14785962        County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14785967        Goehring, Rutter & Boehm,    437 Grant Street 14th Floor,    Pittsburgh, PA 15219-6107
14785969        Jordan Tax Services,    102 Rahway Road,    McMurray, PA 15317-3349
14785970        Mon Valley Petroleum,    5515 West Smithfield,    McKeesport, PA 15135-1261
14785971        Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14785973        Penn Hills Municipality,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14785974        Penn Hills School Distirict,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14825635        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14825707        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14785978        US Bank NA as Trustee for,    Truman 2013 SC4 Title Trust,
                 c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
14785976        Wells Fargo Bank, NA,    4101 Wiesman Road,    San Antonio, TX 78251-4200
14785979        Wilkinsburg School District,    c/o Maiello , Brungo & Maeillo, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Oct 10 2019 03:19:06      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14785965       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 10 2019 03:17:44      Ditech Financial LLC,
                 f/k/a/ Greentree Servicing,    P.O. Box 6154,    Rapid City, SD 57709-6154
14785964        E-mail/Text: bankruptcy.bnc@ditech.com Oct 10 2019 03:17:44      Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
14785966        E-mail/Text: kburkley@bernsteinlaw.com Oct 10 2019 03:19:06      Duquesne Light Company,
                 c/o Bernstein-Burkly, P.C.,    707 Grant Street, Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
14785968       +EDI: IRS.COM Oct 10 2019 06:53:00      Internal Revenue Service,    Insolvency Unit,   Suite 711B,
                 William S. Moorhead Federal Building,    1000 Liberty Avenue,    Pittsburgh, PA 15222-4107
14785972        Fax: 407-737-5634 Oct 10 2019 03:18:41      Ocwen Loan Servicing LLC,
                 1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
14795515        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:17:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14785975        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:17:57
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                               TOTAL: 8
```

```
District/off: 0315-2               User: dbas              Page 2 of 2              Date Rcvd: Oct 09, 2019
                                   Form ID: 309            Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC
cr               LSF10 MASTER PARTICIPATION TRUST
cr               U.S. Bank National Association, As Trustee For et
cr               US Bank, NA as Legal Title Trustee for Truman 2013
cr*             +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
                                                                                              TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

```
              Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2013 SC4 Title Trust bk@romanogarubo.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough
               jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Jill  Locnikar    on behalf of Defendant    Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Jodi L. Hause    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST
               jodi.hause@phelanhallinan.com,  pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Bercik    on behalf of Debtor Ronald B. Diggs, IV pwilliambercik@cs.com,
               pwilliambercik@yahoo.com
              Paul William Bercik    on behalf of Plaintiff Ronald B. Diggs, IV pwilliambercik@cs.com,
               pwilliambercik@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 18
```