**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RONALD B. DIGGS, IV | Case No.:18-20818 GLT |
| Debtor(s) | |
| Ronda J. Winnecour  Movant  vs.  No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/04/2018 and confirmed on 06/22/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,138.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,138.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 1,625.06 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,625.06 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK NA - LEGAL TITLE TRUSTEE FOR | 0.00 | 11,574.90 | 0.00 | 11,574.90 |
|     Acct: 7400 | | | | |
|   DITECH FINANCIAL LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5339 | | | | |
|   WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK NA | 80,401.36 | 5,118.32 | 0.00 | 5,118.32 |
|     Acct: 7400 | | | | |
|   INTERNAL REVENUE SERVICE* | 50,855.00 | 14,793.08 | 2,844.20 | 17,637.28 |
|     Acct: 9363 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,296.79 | 56.55 | 60.21 | 116.76 |
|     Acct: 9363 | | | | |
|   PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: L262 | | | | |
|   PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: L262 | | | | |

| 18-20818 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | PENN HILLS SEWAGE(*)<br>Acct: 3840 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS SEWAGE(*)<br>Acct: 4420 | 290.59 | 7.33 | 33.88 | 41.21 |
| | CITY & SCHOOL DIST OF PITTSBURGH (RE<br>Acct: S280 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: L262 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (TRASH)<br>Acct: R231 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (RE)<br>Acct: M202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (MUN SVC FEE)<br>Acct: M202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (RE)<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (MUN SVC FEE)<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: M202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLEGHENY COUNTY HEALTH DEPARTME<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PITTSBURGH WATER & SEWER AUTHORIT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY OF DUQUESNE (RE)<br>Acct: G093 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (TRASH)<br>Acct: M202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (TRASH)<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (RE)<br>Acct: M202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: M202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS SD (PENN HILLS) (RE)<br>Acct: L262 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS MUNICIPALITY (RE TAX)<br>Acct: L262 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS SEWAGE(*)<br>Acct: 4420 | 392.51 | 24.97 | 0.00 | 24.97 |
| | PENN HILLS SEWAGE(*)<br>Acct: 3840 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY & SCHOOL DIST OF PITTSBURGH (RE<br>Acct: S280 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY & SCHOOL DIST OF PITTSBURGH (RE<br>Acct: S275 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY & SCHOOL DIST OF PITTSBURGH (RE<br>Acct: S275 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: L262 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: M202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-20818 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | Acct: M202 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5G93 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5G93 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: S275 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: S275 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: S280 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: S280 | | | | |
| | | | | | 34,513.44 |
| Priority | | | | | |
| | P WILLIAM BERCIK ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RONALD B. DIGGS, IV | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAW OFFICE OF P WILLIAM BERCIK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 2,170.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 9363 | | | | |
| | INTERNAL REVENUE SERVICE* | 56,156.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 9363 | | | | |
| | *** N O N E *** | | | | |
| Unsecured | | | | | |
| | MON VALLEY PETROLEUM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DUQUESNE LIGHT COMPANY* | 206.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 9222 | | | | |
| | PA DEPARTMENT OF REVENUE* | 160.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 4952 | | | | |
| | INTERNAL REVENUE SERVICE* | 280,182.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 9363 | | | | |
| | UPMC HEALTH SERVICES | 530.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 9363 | | | | |
| | UPMC PHYSICIAN SERVICES | 306.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 9363 | | | | |
| | ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EMMANUEL ARGENTIERI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MINNIE DIGGS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EDLY EDWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AW TRANSPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 18-20818 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 34,513.44 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            58,327.57
SECURED            133,236.25
UNSECURED         281.385.49

Date: 11/14/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com